# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETER JASON HELFRICH
        Plaintiff,

v.

THE STATE OF NEVADA et al.,

        Defendants.

Case No.  2:15-cv-00384-JCM-PAL

**ORDER EXTENDING TIME TO FILE STIPULATION AND ORDER OF DISMISSAL THROUGH OCTOBER 3, 2016**

## I. DISCUSSION

On July 29, 2016, the parties engaged in an inmate early mediation conference and reached a settlement. (*See* ECF No. 39). On August 8, 2016, this Court ordered that the stay be extended through Friday, September 2, 2016 so that the parties could file their stipulation for dismissal on or before that date.  Defendants brought the instant motion (ECF No. 43) to seek an extension of the September 2, 2016 deadline through October 3, 2016 in order to finalize the settlement agreed upon.  The motion extending the deadline from September 2, 2016 up to and until Monday, October 3, 2016 is granted.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion extending the deadline from September 2, 2016 through Monday, October 3, 2016 is granted. The stay is extended through Monday, October 2, 2016. The parties shall file their stipulation for dismissal on or before that date.

DATED: This 14th day of September, 2016

                                              United States Magistrate Judge