UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PETER JASON HELFRICH,

                     Plaintiff,

   v.

JERRY HOWELL, et al.,

                   Defendants.

Case No. 2:15-cv-00384-JCM-PAL

ORDER

     The court is in receipt of Defendants' Motion to Enforce Settlement Reached and Placed on the Record at the July 29, 2016 Early Mediation Conference (ECF No. 47).

     **IT IS ORDERED** that Plaintiff Peter Jason Helfrich shall have until **October 3, 2016**, to file a response to the motion.  Failure to timely respond will result in an order granting the Motion to Enforce (ECF No. 47) for Plaintiff's failure to timely file a response pursuant to LR 7-2(d).

     DATED this 22nd day of September, 2016.

                            _____

                            PEGGY A. LEEN
                            UNITED STATES MAGISTRATE JUDGE

1